AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

**SEALED**

United States of America
v.
**Lazaro VALDES CASTILLO**
**Juan Manuel MEJIA Jr.**
**Jorge Gabriel DOXAL Jr.**

*Defendant(s)*

Case No. 5:26-MJ-3648

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 03, 2026** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC 1324(a)(1)(A)(ii) | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Juan R. Botello-Jr
*Complainant's signature*

Juan R. Botello-Jr, Border Patrol Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to , signature attested telephonically per Fed.R. Crim.P. 4.1 and probable cause found

Date: October 08, 2026

*Judge's signature*

City and state: Laredo, Texas

Christopher dos Santos, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

In support of Criminal Complaint

**UNITED STATES OF AMERICA**

**V.**

Lazaro VALDES CASTILLO
Juan Manuel MEJIA Jr.
Jorge Gabriel DOXAL Jr.

**CRIMINAL COMPLAINT**

Case Number: 5:26-MJ-3648

On Saturday, October 3, 2026, a Border Patrol Agent (BPA) that was partnered with an assisting BPA were assigned roving patrol duties on State Highway (SH) 359 Traffic near Hebbronville, Texas in Jim Hogg County.

While performing sign-cutting operations along SH-359, the assisting BPA in the passenger seat received a call around 7:15 P.M. from the Hebbronville Border Patrol Station (HEB) of a vehicle possibly circumventing the State Highway 359 Traffic Checkpoint inside the La Purisima Ranch, an area known for human smuggling. The provided vehicle description was a Maroon/Red Chevrolet Tahoe. The BPAs responded and headed West on SH 359 towards Bruni, TX. Before arriving at Bruni, TX., a vehicle matching the description drove past the BPAs, heading East on SH 359. The driver BPA quickly turned the unit around and began safely following the vehicle heading East on SH 359. The driver of the vehicle, later identified as Lazaro VALDES-CASTILLO, began speeding up and dangerously swerving outside of the lane, before making an abrupt sharp right turn onto Tomahawk Road.

The driver BPA followed the vehicle into Tomahawk Road and noticed the vehicle began to slow down. The assisting BPA requested a vehicle registration check, via service radio with LECA-940. The registration returned as a red 2015 Chevrolet Tahoe registered to Lazaro VALDES-CASTILLO of Euless, TX. The BPAs were advised that the vehicle had no previous crossing history and was not reported as stolen. Shortly after crossing over some train tracks, the driver BPA turned on the emergency equipment lights and siren. The vehicle pulled the vehicle over, and the BPAs exited the unit to conduct an immigration inspection on its occupants. While approaching the vehicle from the driver's side, the driver BPA noticed two individuals laying down partially covered with a blanket as if they were attempting to conceal themselves, two male passengers in the back seat, and a female subject in the front passenger seat, later identified as Lisania Licelis LOPEZ-Leal.

The driver BPA identified himself to the driver as a United States Border Patrol Agent and informed VALDES-CASTILLO he would be performing an immigration inspection. The driver BPA asked VALDES-CASTILLO for his identification and where he was from. VALDES-CASTILLO responded, "Cuba", while handing the BPA his driver's license. The driver BPA told VALDES-CASTILLO to place the vehicle in park and to hand him the keys.

While the driver BPA was performing his immigration inspection, a Border Patrol Canine Unit arrived on scene. A Border Patrol Agent Canine Handler (BPA-K9) and his service Canine (K9) performed a non-intrusive free air sniff of the exterior of the vehicle. The BPA-K9 signaled to the driver BPA that his K9 alerted to the trunk. The driver BPA immediately ordered VALDES-CASTILLO to get out of the vehicle. While unbuckling his seat belt, VALDES-CASTILLO purposely reached for the trunk release button, which was over his head in an attempt to open the trunk and free the subjects. The BPA-K9 quickly shut the trunk back down and the driver BPA commanded everyone to remain in the vehicle. The driver BPA took the driver out of the vehicle and detained him, while the assisting BPA conducted immigration checks on all five subjects that were within the vehicle. The assisting BPA asked if they had any legal documentation to be present in the US legally and they all freely admitted to being in the U.S illegally. VALDES-CASTILLO and all five illegal aliens (IAs) were then placed under arrest and transported to the Hebbronville Border Patrol Station for further processing.

PRINCIPAL STATMENT:

VALDES-CASTILLO stated that he is a citizen of Cuba and has resided in Euless, Texas, for approximately three years. VALDES-CASTILLO stated that approximately two weeks ago, while he was in San Antonio with his son, he met an individual known as "Pablito" or "Juanito." VALDES-CASTILLO stated that Pablito/Juanito offered him a job transporting people from Laredo, Texas. VALDES-CASTILLO stated that he was offered $1,000 U.S. dollars for each person he transported. VALDES-CASTILLO stated that he did not ask any questions about the job and agreed to the payment amount. VALDES-CASTILLO stated that, on October 3, 2026, he drove from San Antonio to Laredo. VALDES stated that "Pablito/Juanito" directed him to the locations where he was to pick up the individuals. VALDES-CASTILLO stated that he knew he was supposed to pick up approximately six people in Laredo; however, one person did not arrive. VALDES-CASTILLO stated that he picked up the individuals one at a time at locations provided by "Pablito/Juanito" and that the pickup locations were approximately seven minutes apart. VALDES-CASTILLO stated that he had five individuals in his vehicle. VALDES-CASTILLO stated that one female passenger was seated in the front passenger seat, two passengers were seated in the second row, and two male passengers were in the rear of the vehicle. VALDES-CASTILLO

stated that the third-row seat was folded down and that he believed this was why the two male passengers in the rear were lying down. VALDES-CASTILLO stated that he instructed a passenger to exit the vehicle and open several gates that were blocking the roadway. VALDES-CASTILLO stated that he would not receive payment until he arrived in San Antonio with the individuals. VALDES-CASTILLO stated that he turned onto a road while U.S. Border Patrol agents were behind him because the mapping application on his phone was directing him to that location.

MATERIAL WITNESS STATMENT:

Lisania Licelis LOPEZ-Leal freely stated that she is a citizen of Venezuela. LOPEZ-Leal stated she made arrangements with an individual identified as "Juan Flores", who was in Monterrey, Mexico. LOPEZ-Leal stated that she agreed to pay approximately $10,000 U.S. dollars to be transported to the United States.

LOPEZ-Leal stated that she paid an individual identified as "Luis" approximately $3,000 U.S. dollars, which was intended to cover her expenses from Reynosa to San Antonio, Texas, her intended destination.

LOPEZ-Leal stated that "Luis" provided maps and directions regarding where to walk after crossing the river. LOPEZ-Leal stated that she crossed the river as part of a group of three individuals. After crossing, the group walked for approximately 15 minutes before being picked up by a four-door pickup truck.

LOPEZ-Leal stated that on October 3, 2026, she was transported in a white vehicle to a grocery store, where she was instructed to wait for another vehicle to pick her up. LOPEZ-Leal stated that a dark red vehicle arrived, and the driver asked whether she was Lisania. After LOPEZ-Leal confirmed her identity, the driver instructed her to sit in the front passenger seat.

LOPEZ-Leal stated that, after entering the vehicle, she observed four additional passengers seated in the rear of the vehicle.

LOPEZ-Leal stated that the driver advised her that the trip to San Antonio would take approximately two hours. LOPEZ-Leal asked the driver for his name, and he identified himself as "Lazaro."

LOPEZ-Leal stated that, while approaching a gate, the driver instructed one of the rear-seat passengers to exit the vehicle and open the gate. LOPEZ-Leal stated that "Luis" had informed her she would be required to pay an additional $1,500 U.S. dollars upon arriving in San Antonio. LOPEZ-Leal believed the payment was intended for the driver, although she was unsure.

LOPEZ-Leal stated that she believed the driver knew that the passengers were unlawfully present in the United States.

LOPEZ-Leal was presented with a six-person photo lineup and positively identified VALDES-CASTILLO as the driver of the load vehicle.

Material Witness Re-Approach:

On October 5, 2026, Laredo Sector Targeting Unit agents interviewed Lisania Licelis LOPEZ-Leal at the Hebbronville Border Patrol Station as a material witness in a human smuggling investigation. The interview was sworn and recorded by video and audio. LOPEZ-Leal, a Venezuelan citizen, stated that she arranged to be smuggled into the United States through an individual in Monterrey, Mexico. She reported that the smuggling fee was $12,000 USD, with an additional $1,400 USD paid through an app while she was held at a stash house. She was assigned the clave "RB1."

LOPEZ-Leal stated that she departed Venezuela on September 11, 2026, traveled through Monterrey and Reynosa, Mexico, and entered the United States with two other illegal aliens by crossing the Rio Grande on September 27, 2026. She was transported to a stash house in McAllen, Texas, where she remained for approximately three days.

LOPEZ-Leal was subsequently picked up by two men in a black 2025 Honda Pilot and transported from McAllen to Laredo. She described the driver as a young Hispanic man with tattoos and stated that she believed he knew she was illegally present in the United States. She positively identified an image of the Honda Pilot as the vehicle used to transport her.

In Laredo, LOPEZ-Leal was transferred to another vehicle and taken to a stash house where approximately 12 illegal aliens were being held. She remained there for approximately one day before being transferred to a second residence. At that location, she was instructed by the caretaker to arrange additional payments through an app. She displayed screenshots of the transactions to the interviewing agents.

LOPEZ-Leal was later taken to a vehicle parked near railroad tracks. The vehicle stopped at a hotel near a Ross department store, where the driver picked up four additional illegal aliens. Immigration authorities subsequently apprehended the group.

Using law enforcement databases and information provided by LOPEZ-Leal, agents identified Jorge Gabriel DOXAL Jr. as the suspected driver of the Honda Pilot and Juan Manuel MEJIA Jr. as the suspected caretaker of the second stash house. LOPEZ-Leal positively identified DOXAL as photograph number one in a six-pack photographic lineup and MEJIA as photograph number two in a separate lineup. She was unable to identify anyone in a third lineup containing the Honda Pilot's registered owner.

8th day of October, 2026

Signature of Judicial Officer

/S/ Botello-Jr, Juan R. Border Patrol Agent

Signature of Complainant